Darrell L. Olson (Bar No. 77633)
darrell.olson@knobbe.com
Edward A. Schlatter (Bar No. 120177)
edward.schlatter@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Suite 1400
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Timothy J. Goodson (Bar No. 244649)
timothy.goodson@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
333 Bush Street, 21st Floor
San Francisco, CA 94104
Telephone: 415-954-4114
Facsimile: 415-954-4111

Attorneys for Defendant/Counterclaimant
SPECIALIZED BICYCLE COMPONENTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICON-IP PTY, LTD., | ) Case No. CV-12-3844 JST |
| Plaintiff/Counterdefendant, | ) **DECLARATION OF DARRELL L.** |
| | ) **OLSON IN SUPPORT OF DEFENDANT** |
| v. | ) **SPECIALIZED BICYCLE COMPONENT,** |
| | ) **INC.'S OPPOSITION TO PLAINTIFF'S** |
| SPECIALIZED BICYCLE | ) **MOTION TO AMEND ITS** |
| COMPONENTS, INC., | ) **INFRINGEMENT CONTENTIONS** |
| Defendant/Counterclaimant. | ) Date: May 2, 2013 |
| | ) Time: 2:00 p.m. |
| | ) Ctrm: 9 |
| | ) Hon. Jon S. Tigar |

I, Darrell L. Olson, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson and Bear, LLP, counsel for Defendant Specialized Bicycle Components, Inc. ("Specialized"). I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto. I make this Declaration in support of Specialized's Opposition to the Motion of Plaintiff Icon-IP Pty Ltd. ("Icon") to Amend Its Infringement Contentions.

A. **Communications Among Counsel**

2. Attached as **Exhibit J** is a true and correct copy of an email of Jan. 16, 2013 from Icon's counsel, Chris Laney, to me.

3. Attached as **Exhibit K** is a true and correct copy of an email of Jan. 16, 2013 that I sent to Mr. Laney in response to his email in Exhibit J.

4. Attached as **Exhibit L** is a true and correct copy of an email that Icon's counsel, Ashley LaValley, sent to me on Jan. 16, 2013.

5. Attached as **Exhibit M** is a true and correct copy of a printout of the first attachment to Ms. LaValley's email in Exhibit L, which is an electronic file titled "2008_Pages from specialized-2008-equipment_pages 28-34.pdf".

6. Attached as **Exhibit N** is a true and correct copy of a printout of the second attachment to Ms. LaValley's email in Exhibit L, which is an electronic file titled "2009 November 27_Specialized Bicycle Components_EQUIPMENT – Men's Saddles.pdf".

7. Attached as **Exhibit O** is a true and correct copy of a printout of the third attachment to Ms. LaValley's email in Exhibit L, which is an electronic file titled "2009 November 27_Specialized Bicycle Components_EQUIPMENT – Women's Saddles.pdf".

8. Attached as **Exhibit P** is a true and correct copy of a printout of the fourth attachment to Ms. LaValley's email in Exhibit L, which is an electronic file titled "2010-10-17_Print – Specialized Bicycle Components_View All.pdf".

9. Attached as **Exhibit Q** is a true and correct copy of an email of Jan. 17, 2013 from Tim Goodson, who is also Specialized's counsel, to Ms. LaValley.

/ / /

10. On January 18, 2013, I participated in a telephonic conference with Icon's counsel, Mr. Laney and Ms. LaValley. At that conference, we agreed that Icon would send a list of additional models for which it requested sales in preparation for a mediation of this case. We agreed that Specialized would gather the requested sales data and provide it to Icon, but I specifically stated that Specialized was providing this sales data to facilitate the mediation and without prejudice to its argument that the saddles are not properly in the case.

11. Specialized's counsel recently sent Icon a letter seeking clarification regarding the models for which Icon seeks sales data. In a letter dated April 4, 2012 responding to that request, Ms. LaValley stated that "[a]t this time, I believe that 'Alias SL' was merely typographical error."

**B. Charts of Listings of Accused Models**

12. Attached as **Exhibit R** is a chart that was prepared by counsel for Specialized that summarizes listings of accused saddles that Icon has provided during the course of this litigation. The chart includes the listings in the following documents:

- Icon's infringement contentions served on November 28, 2012, an excerpt of which is provided in Exhibit A to the Declaration of Ashley E. LaValley in Support of Icon's Motion for Leave to Amend Its Infringement Contentions, Dkt. No. 34 ("LaValley Declaration");

- The amended infringement contentions that Icon served on Specialized on December 31, 2012, an excerpt of which is provided in Exhibit C to the LaValley Declaration;

- The list attached to the email of January 21, 2013 from Ms. LaValley to me, a copy of which is provided in Exhibit D to the LaValley Declaration; and

- The redlined infringement contentions that Ms. LaValley provided to Specialized's counsel on March 6, 2013, a copy of which is attached as Exhibit H to the LaValley Declaration.

For the sake of simplicity, the chart in Exhibit R does not distinguish between men's and women's models. Models that Icon seeks to add through this motion—i.e., those listed in the

redlined infringement contentions (Exhibit H) that were not listed in the infringement contentions that it served on the deadline (Exhibit A)—are indicated with bolded font and an orange background.

13. Attached as **Exhibit S** is a chart that was prepared by counsel for Specialized. This chart compares the models that Icon seeks to add through this motion with the saddles shown in the documents in Exhibits M-P, which are the attachments to Ms. LaValley's email of January 16, 2013, Exhibit L. Saddles that are shown in at least one of the four documents are indicated with bolded font and a light grey background.

C. **Excerpt of Dealer Catalog as Produced by Specialized**

14. Attached as **Exhibit T** is a true and correct copy of documents Specialized produced in this litigation bearing Bates Nos. SPEC000037-58. This excerpt is a representative sample from dealer catalogs that Specialized produced to Icon on January 14, 2013.

D. **Materials from the Internet Archive Wayback Machine of Specialized's Website**

15. The Internet Archive Wayback Machine is a website located at http://web.archive.org/ that allows people to visit archived versions of websites. Visitors can type in an address of the website of which they would like to see previous versions, and then begin viewing archived versions. Users can also specify the date of the archived version they would like to view. Typing in "www.specialized.com" into the Wayback Machine allows visitors to view archived versions of the www.specialized.com website. Users can click on links in the archived website, similar to navigating a regular, current website. The documents in Exhibits U-W were all obtained by entering "www.specialized.com" into the Internet Archive Wayback Machine and navigating within the archives.

16. Attached as **Exhibit U** is a true and correct copy of a printout dated April 5, 2013 from the Internet Archive Wayback Machine of Specialized's website located at http://web.archive.org/web/20080928094726/http://www.specialized.com/bc/SBCGlobalPages.jsp?a=b&pageName=CatDownload&minisite=10029&language=US. As shown in the heading of the printout, the archive indicates that this web page reflects a page from

1 | Specialized's site as captured on September 28, 2008. Clicking on the link labeled "ALL
2 | EQUIPMENT (20.3MB)" allows access to Specialized's 2008 product catalog for bicycle
3 | equipment, including saddles. Pages 172-185 of that downloadable catalog appear identical
4 | to the first attachment to Ms. LaValley's email of January 16, 2013, which is Exhibit M.

5 |   17. Attached as **Exhibit V** is a true and correct copy of a printout dated April 5,
6 | 2013 from the Internet Archive Wayback Machine of Specialized's website located at
7 | http://web.archive.org/web/20090121002124/http://www.specialized.com/bc/SBCGlobalPage
8 | s.jsp?a=b&pageName=CatDownload&minisite=10029&language=US. As shown in the
9 | heading of the printout, the archive indicates that this web page reflects a page from
10 | Specialized's site as captured on January 21, 2009. Clicking on the link labeled "ALL
11 | EQUIPMENT (15.8 MB)" allows access to Specialized's 2009 product catalog for bicycle
12 | equipment, including saddles. Attached as **Exhibit W** is an excerpt from that linked 2009
13 | product catalog showing saddles.

                KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 11, 2013      By: /s/Darrell L. Olson
                 Darrell L. Olson

                Attorneys for Defendant/Counterclaimant
                SPECIALIZED BICYCLE COMPONENTS, INC.