UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICON-IP PTY LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>SPECIALIZED BICYCLE COMPONENTS, INC.,<br><br>    Defendant. | Case No.  12-cv-03844-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF No. 34 |

Icon's motion for leave to amend its infringement contentions is scheduled for a hearing on May 2, 2013.  ECF. No. 34.  As the motion is suitable for determination without oral argument, the hearing on the motion is VACATED.  *See* Civil L.R. 7-1(b).

**IT IS SO ORDERED**.

Dated: April 25, 2013

_____
JON S. TIGAR
United States District Judge