UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICON-IP PTY LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPECIALIZED BICYCLE COMPONENTS, INC.,<br><br>　　　　Defendant. | Case No. 12-cv-03844-JST<br>Related to 13-cv-03677-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE, TUTORIAL, AND MARKMAN HEARING** |

In light of the parties' joint case management statement, and given that a motion to dismiss in <u>Icon II</u>, Case No. 13-cv-03677, is scheduled for a hearing on October 3, 2013, the case management conference scheduled for September 4, 2013, in <u>Icon II</u> is CONTINUED to November 20, 2013, and the tutorial and Markman hearing scheduled for October 8, 2013, in <u>Icon I</u>, Case No. 12-cv-03844, is temporarily VACATED.

The parties shall file a joint case management statement in <u>Icon II</u> no later than November 6, 2013, in which Icon shall state conclusively whether the claims at issue in <u>Icon II</u> are the same as the ones at issue in <u>Icon I</u>. Additionally, the parties shall stipulate to the effect on <u>Icon II</u> of any claim construction ruling in <u>Icon I</u>. Finally, the parties shall propose a new date for the tutorial and Markman hearing in <u>Icon I</u>.

**IT IS SO ORDERED.**

Dated: August 29, 2013

_____
JON S. TIGAR
United States District Judge