# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICON-IP PTY LTD., <br><br> Plaintiff, <br><br> v. <br><br> SPECIALIZED BICYCLE COMPONENTS, INC., <br><br> Defendant. | Case No. 12-cv-03844-JST <br><br> **AMENDED ORDER SETTING DATES FOR TUTORIAL AND CLAIM CONSTRUCTION HEARING** |

A tutorial in this patent infringement case will be held on January 27, 2014, at 3:00 p.m. Each side will have 45 minutes to make a presentation on the technology at issue. Icon, the patent holder, will make the first presentation. No argument will be permitted. Statements made at the tutorial may not be used for any purpose in other aspects of the litigation.

A claim construction hearing will be held on February 11, 2014, at 2:30 p.m. The Court will construe each of the ten terms that the parties have identified in their joint claim construction statement as most significant to the resolution of the case. See ECF No. 52. At the hearing, the Court will take argument on each of these ten terms in turn. Each side will have a total of 75 minutes for argument. This time may be allocated as each party sees fit.

**IT IS SO ORDERED.**

Dated: October 22, 2013

_____
JON S. TIGAR
United States District Judge