UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICON-IP PTY LTD.,<br><br>      Plaintiff,<br><br>   v.<br><br>SPECIALIZED BICYCLE COMPONENTS, INC.,<br><br>      Defendant. | Case No.  12-cv-03844-JST<br><br>**ORDER CONTINUING TUTORIAL AND CLAIM CONSTRUCTION HEARING** |

Recent changes to the Court's schedule require the continuance of the tutorial and claim construction hearing in this patent infringement action, which currently are scheduled for January 27, 2014, and February 11, 2014, respectively.

A tutorial in this patent infringement case will be held on April 7, 2014, at 2:00 p.m. Each side will have 45 minutes to make a presentation on the technology at issue. Icon, the patent holder, will make the first presentation. No argument will be permitted. Statements made at the tutorial may not be used for any purpose in other aspects of the litigation.

A claim construction hearing will be held on April 14, 2014, at 2:00 p.m. At the hearing, the Court will take argument on each of these ten terms in turn. Each side will have a total of 75 minutes for argument. This time may be allocated as each party sees fit.

**IT IS SO ORDERED.**

Dated: January 24, 2014

_____
JON S. TIGAR
United States District Judge