| | |
|---|---|
| MARTIN L. FINEMAN (Bar No. 104413) | DARRELL L. OLSON (Bar No. 77633) |
| DAVIS WRIGHT TREMAINE LLP | darrell.olson@knobbe.com |
| One Embarcadero Center, Suite 600 | EDWARD A. SCHLATTER (Bar No. 120177) |
| San Francisco, California 94111-3611 | edward.schlatter@knobbe.com |
| Telephone: (415) 276-6500 | BENJAMIN EVERTON |
| Facsimile: (415) 276-6599 | ben.everton@knobbe.com |
| Email: martinfineman@dwt.com | Knobbe, Martens, Olson & Bear, LLP |
| | 2040 Main Street, Suite 1400 |
| RAYMOND P. NIRO | Irvine, CA 92614 |
| FREDERICK C. LANEY (*admitted pro hac vice*) | Telephone: (949) 760-0404 |
| ASHLEY E. LaVALLEY (*admitted pro hac vice*) | Facsimile: (949) 760-9502 |
| NIRO, HALLER & NIRO | |
| 181 W. Madison, Suite 4600 | **Attorneys for Defendant SPECIALIZED** |
| Chicago, Illinois  60602 | **BICYCLE COMPONENTS, INC.** |
| Phone: (312) 236-0733 | |
| Fax: (312) 236-3137 | |
| E-mail: rniro@nshn.com | |
| E-mail: laney@nshn.com | |
| E-mail: alavalley@nshn.com | |

**Attorneys for Plaintiff ICON-IP PTY LTD.**

IN THE UNTIED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ICON-IP PTY LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 12-cv-03844-JST |
| v. ) | |
| ) | |
| SPECIALIZED BICYCLE. ) | **STIPULATION AND [PROPOSED]** |
| COMPONENTS, INC., ) | **ORDER TO CONTINUE PRETRIAL** |
| ) | **DEADLINES PURSUANT TO CIVIL** |
| ) | **L.R. 6-2** |
| ) | |
| Defendant. ) | |

Pursuant to Civil Local Rule 6-2, Plaintiff Icon-IP Pty Ltd. ("Icon") and Defendant Specialized Bicycle Components, Inc. ("Specialized"), by and through their respective counsel of record, hereby stipulate and request that the Court enter an Order extending certain pretrial deadlines by thirty (30) days as set forth below.  In support of this request, the parties state as follows:

WHEREAS, on April 19, 2013, the Court issued an Order setting the pretrial deadlines (Dkt. No. 26);

WHEREAS, counsel for Icon will be at trial beginning May 6, 2014 in the Central District of California, which is expected to last two weeks;

WHEREAS, in light of trial, Icon believes it requires additional time to complete fact discovery prior to the currently schedule deadline;

WHEREAS, Defendant has agreed to a thirty-day extension of certain currently scheduled deadlines as set forth below.

WHEREAS, the parties have previously stipulated to extend the deadline for the parties to hold an ADR session from January 30, 2013 to March 27, 2013 and again stipulated to extend the deadline for the parties to hold an ADR session from March 27, 2013 to April 30, 2013;

WHEREAS, this requested extension will not affect any deadlines for any matter required to be filed or lodged with Court, including the deadlines for the parties to file dispositive motions.

WHEREAS, this stipulation is not entered into for the purpose of delay;

NOW THEREFORE, in consideration of the foregoing, the parties by and through their undersigned counsel, hereby stipulate and request that the Court enter an Order continuing certain deadlines as follows:

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Advice of Counsel disclosures due (Patent L.R. 3-7) | **June 5, 2014** | **July 7, 2014** |
| Close of Fact Discovery | **August 15, 2014** | **September 19, 2014** |
| Designation of Expert Witnesses and Exchange of Initial Expert Reports for which party bears burden | **September 19, 2014** | **October 17, 2014** |

| | | |
|---|---|---|
| Designation of Rebuttal Experts and Exchange of Rebuttal Expert Reports | **October 17, 2014** | **November 14, 2014** |
| Close of Expert Discovery | **November 14, 2014** | **December 19, 2014** |
| Deadline to File Dispositive Motions and any motion to limit or exclude Expert Testimony | **January 23, 2015** | **January 23, 2015** |
| Pretrial Conference | At the Court's Convenience | At the Court's Convenience |
| Trial | At the Court's Convenience | At the Court's Convenience |

**IT IS SO STIPULATED.**

Dated: May 5, 2014        By:   */s/ Ashley E. LaValley*
                                        Raymond P. Niro
                                        Frederick C. Laney
                                        Ashley E. Lavalley
                                        NIRO, HALLER & NIRO
                                        Attorneys for ICON-IP PTY, LTD.


Dated: May 5, 2014        By:   */s/ Darrell L. Olson*
                                        Darrell L. Olson
                                        Edward A. Schlatter
                                        Benjamin J. Everton
                                        KNOBBE, MARTENS, OLSON & BEAR, LLP
                                        Attorneys for SPECIALIZED BICYCLE COMPONENTS, INC.

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, the Court continues the fact and expert discovery deadlines by thirty (30) days as follows:

| Dates | Event |
|---|---|
| **July 7, 2014** | Advice of Counsel disclosures due (Patent L.R. 3-7) |
| **September 19, 2014** | Close of Fact Discovery |
| **October 17, 2014** | Designation of Expert Witnesses and Exchange of Initial Expert Reports for which party bears burden |
| **November 14, 2014** | Designation of Rebuttal Experts and Exchange of Rebuttal Expert Reports |
| **December 19, 2014** | Close of Expert Discovery |
| **January 23, 2015** | Deadline to File Dispositive Motions and any motion to limit or exclude Expert Testimony |
| At the Court's Convenience | Pretrial Conference |
| At the Court's Convenience | Trial |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   May 6, 2014          By:   
The Honorable
UNITED STATES DISTRICT JUDGE

# FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i) regarding signatures, I, Ashley E. LaValley, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:        May 5, 2014            By:    */s/ Ashley E. LaValley*
                                            Ashley E. LaValley
                                            NIRO, HALLER, & NIRO
                                            Attorney for Plaintiff, ICON-IP PTY LTD.