MARTIN L. FINEMAN (Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

RAYMOND P. NIRO
FREDERICK C. LANEY (*admitted pro hac vice*)
ASHLEY E. LaVALLEY (*admitted pro hac vice*)
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: laney@nshn.com
E-mail: alavalley@nshn.com
**Attorneys for Plaintiff ICON-IP PTY LTD.**

DARRELL L. OLSON (Bar No. 77633)
BENJAMIN J. EVERTON (Bar No. 259214)
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, Suite 1400
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
Email: darrell.olson@knobbe.com
Email: benjamin.everton@knobbe.com

**Attorneys for Defendant SPECIALIZED BICYCLE COMPONENTS, INC.**

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSCISCO DIVISION

| | |
|---|---|
| ICON-IP PTY, LTD., | ) Case No. CV-12-3844 JST |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO AMEND CONTENTIONS** |
| SPECIALIZED BICYCLE COMPONENTS, INC., | ) |
| Defendant. | ) Hon. Jon S. Tigar |

Pursuant to Civil Local Rule 7-1, it is hereby stipulated by and between Plaintiff Icon-IP Pty Ltd. ("Icon") and Defendant Specialized Bicycle Components, Inc. ("Specialized"), by and through their respective counsel of record that Icon should be allowed to amend its Infringement Contentions as set forth in Plaintiff's Second Amended L.P.R. 3.1 Disclosure of Asserted Claims and Infringement Contentions, a copy of which is attached hereto as Exhibit A, and Specialized should be allowed to amend its Invalidity Contentions as set forth in Specialized's Amended Invalidity Contentions, a copy of which is attached hereto as Exhibit B.

Pursuant to Patent Local Rule 3-6, amendments to Invalidity and Infringement Contentions are to be made upon a showing of good cause. Rule 3-6 lists non-exhaustive examples of circumstances supporting a finding of good cause, including a claim construction by the Court different from that proposed by the party seeking amendment.  Here, good cause exists because Icon and Specialized are amending their contentions in view of the Court's constructions of disputed claim terms, as set forth in the Court's April 16, 2014 order.

Icon and Specialized have already exchanged their proposed Amended Contentions.  Neither Icon nor Specialized it unduly prejudiced by the amendments to the Contentions.

**IT IS SO STIPULATED.**

Dated:                           By: _____
                                      Raymond P. Niro
                                      Frederick C. Laney
                                      Ashley E. Lavalley
                                      NIRO, HALLER & NIRO
                                      Attorneys for ICON-IP PTY, LTD.


Dated:                           By: _____
                                      Darrell L. Olson
                                      Benjamin J. Everton
                                      KNOBBE, MARTENS, OLSON & BEAR, LLP
                                      Attorneys for SPECIALIZED BICYCLE COMPONENTS, INC.

**[PROPOSED] ORDER**

Having reviewed the Stipulation filed by the parties pursuant to Local Rule 7-1, and finding that good cause exists pursuant to N.D. Cal. Patent L.R. 3-6 to amend the Invalidity Contentions of Specialized Bicycle Components, Inc. and to amend the Infringement Contentions of Icon-IP Pty Ltd.,

IT IS HEREBY ORDERED that Specialized Bicycle Components, Inc. is allowed to amend its Invalidity Contentions, as set forth in Specialized's Amended Invalidity Contentions, and Icon-IP Pty Ltd. is allowed to amend its Infringement Contentions, as set forth in Plaintiff's Second Amended L.P.R. 3.1 Disclosure of Asserted Claims and Infringement Contentions.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 6, 2014

By: _____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE



# FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i) regarding signatures, I, Benjamin J. Everton, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 5, 2014      By:    */s/Darrell L. Olson*
                                 Darrell L. Olson
                                 KNOBBE, MARTENS, OLSON & BEAR, LLP
                                 Attorneys for Defendant SPECIALIZED
                                 BICYCLE COMPONENTS, INC.

18085406