UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICON-IP PTY LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>SPECIALIZED BICYCLE COMPONENTS, INC.,<br><br>    Defendant. | Case No. 12-cv-03844-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 79 |

A hearing on Icon's motion to amend its infringement contentions is scheduled for July 24, 2014. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission.

**IT IS SO ORDERED.**

Dated: July 11, 2014

_____
JON S. TIGAR
United States District Judge