MARTIN L. FINEMAN (Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

RAYMOND P. NIRO
FREDERICK C. LANEY (*admitted pro hac vice*)
ASHLEY E. LaVALLEY (*admitted pro hac vice*)
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: laney@nshn.com
E-mail: alavalley@nshn.com
**Attorneys for Plaintiff ICON-IP PTY LTD.**

DARRELL L. OLSON (Bar No. 77633)
BENJAMIN J. EVERTON (Bar No. 259214)
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, Suite 1400
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
Email: darrell.olson@knobbe.com
Email: benjamin.everton@knobbe.com

**Attorneys for Defendant SPECIALIZED BICYCLE COMPONENTS, INC.**

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSCISCO DIVISION

| | |
|---|---|
| ICON-IP PTY, LTD.,<br><br>            Plaintiff,<br><br>    v.<br><br>SPECIALIZED BICYCLE<br>    COMPONENTS, INC.,<br><br>            Defendant. | ) Case No. CV-12-3844 JST<br>)<br>)<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER TO CONTINUE PRETRIAL**<br>) **DEADLINES PURSUANT TO CIVIL**<br>) **L.R. 6-2**<br>)<br>)<br>) Hon. Jon S. Tigar<br>)<br>)<br>) |

Pursuant to Civil Local Rule 6-2, Plaintiff Icon-IP Pty Ltd. ("Icon") and Defendant Specialized Bicycle Components, Inc. ("Specialized"), by and through their respective counsel of record hereby stipulate and request that the Court enter an Order extending certain pretrial deadlines by thirty (30) days as set forth below. In support of this request, the parties state as follows:

WHEREAS, on April 19, 2013, the Court issued an Order setting the pretrial deadlines (Dkt. No. 26);

WHEREAS, the parties are actively pursuing fact discovery and are still working to resolve issues related to discovery requests and the scheduling of depositions;

WHEREAS, the parties believe the proposed extension of the deadlines will allow the parties to complete discovery;

WHEREAS, the parties have previously stipulated to extend the deadline for the parties to hold an ADR session from January 30, 2013 to March 27, 2013 and again stipulated to extend the deadline for the parties to hold an ADR session from March 27, 2013 to April 30; 2013;

WHEREAS, the parties have previously stipulated to extend pretrial deadlines (Dkt. No. 75);

WHEREAS, this requested extension will not affect any deadlines for any matter required to be filed or lodged with the Court, including deadlines for the parties to file dispositive motions.

WHEREAS, the parties do not believe the extension sought hereby will prejudice either party or result in undue delay;

NOW THEREFORE, in consideration of the foregoing, the parties by and through their undersigned counsel, hereby stipulated and request that the Court enter an Order continuing certain deadlines as follows:

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Close of Fact Discovery | **September 19, 2014** | **October 24, 2014** |
| Designation of Expert Witnesses and Exchange of Initial Expert Reports for which party bears burden | **October 17, 2014** | **November 21, 2014** |
| Designation of Rebuttal Experts and Exchange of Rebuttal Expert Reports | **November 14, 2014** | **December 19, 2014** |

| Close of Expert Discovery | **December 19, 2014** | **January 19, 2015** |
|---|---|---|
| Deadline to File Dispositive Motions | **January 23, 2015** | **January 23, 2015** |
| Pretrial Conference | At Court's Convenience | At Court's Convenience |
| Trial | At Court's Convenience | At Court's Convenience |

**IT IS SO STIPULATED.**

Dated:  August 20, 2014                    By: */s/Ashley E. Lavalley* (with permission)
                                                          Raymond P. Niro
                                                          Frederick C. Laney
                                                          Ashley E. Lavalley
                                                          NIRO, HALLER & NIRO
                                                          Attorneys for ICON-IP PTY, LTD.

Dated:  August 20, 2014                    By: */s/Benjamin J. Everton*
                                                          Darrell L. Olson
                                                          Benjamin J. Everton
                                                          KNOBBE, MARTENS, OLSON & BEAR, LLP
                                                          Attorneys for SPECIALIZED BICYCLE COMPONENTS, INC.

1                                       **[PROPOSED] ORDER**

2            Pursuant to the parties' stipulation, the Court continues the fact and expert discovery

3 deadlines as follows:

| Dates | Event |
|---|---|
| **October 24, 2014** | Close of Fact Discovery |
| **November 21, 2014** | Designation of Expert Witnesses and Exchange of Initial Expert Reports for which party bears burden |
| **December 19, 2014** | Designation of Rebuttal Experts and Exchange of Rebuttal Expert Reports |
| **January 19, 2015** | Close of Expert Discovery |
| **January 23, 2015** | Deadline to File Dispositive Motions |
| **April 21, 2015** | Pretrial Conference Statement |
| **May 1, 2015 at 2:00 p.m.** | Pretrial Conference |
| **May 26, 2015 at 8:30 a.m.** | Jury Trial |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 21, 2014               B_____
                                   The Ho
                                 UNITE



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
AS MODIFIED
Judge Jon S. Tigar

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i) regarding signatures, I, Benjamin J. Everton, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 20, 2014                    By:     */s/Benjamin J. Everton*
                                                   Benjamin J. Everton
                                                   KNOBBE, MARTENS, OLSON & BEAR, LLP
                                                   Attorneys for Defendant SPECIALIZED
                                                   BICYCLE COMPONENTS, INC.

18694374

18696655
082014