Darrell L. Olson (SBN 77633)
darrell.olson@kmob.com
Benjamin J. Everton (SBN 259214)
ben.everton@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant and Counterclaimant
SPECIALIZED BICYCLE COMPONENTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICON-IP PTY, LTD., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> SPECIALIZED BICYCLE COMPONENTS, INC., <br><br> Defendant/Counterclaimant. | Case No. CV-12-3844 JST <br><br> **DECLARATION OF CARL BIRD IN SUPPORT OF SPECIALIZED BICYCLE COMPONENTS, INC.'S REPLY REGARDING ITS MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** <br><br> Date:  October 2, 2014 <br> Time:  2:00 p.m. <br> Ctrm:  9 <br><br> Hon. Jon S. Tigar |

I, Carl Bird, hereby declare as follows:

1. My deposition was taken in this case on August 22, 2014.

2. In this deposition, I was asked if I had ever heard of the ISCA Plus and Dakar saddles and I answered that I had. I was also asked if those saddles "would have been around" Specialized and I said "at one time or another."

3. Prior to my deposition or deposition preparation, I have no specific recollection of when I have seen the Plus and Dakar saddles. The general practice at Specialized was to have awareness of competitive saddles. As best as I can recall, my first awareness of the Plus and Dakar saddles was over ten years ago in connection with this exercise.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of September, 2014 in Morgan Hill, California.

_____
Carl Bird

18784471/090214

-1-

Declaration of Carl Bird
Case no.  CV 12-3844 JST