MARTIN L. FINEMAN (Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

RAYMOND P. NIRO
FREDERICK C. LANEY (*admitted pro hac vice*)
ASHLEY E. LaVALLEY (*admitted pro hac vice*)
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: laney@nshn.com
E-mail: alavalley@nshn.com
**Attorneys for Plaintiff ICON-IP PTY LTD.**

DARRELL L. OLSON (Bar No. 77633)
BENJAMIN J. EVERTON (Bar No. 259214)
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, Suite 1400
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
Email: darrell.olson@knobbe.com
Email: benjamin.everton@knobbe.com

**Attorneys for Defendant SPECIALIZED BICYCLE COMPONENTS, INC.**

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSCISCO DIVISION

| | |
|---|---|
| ICON-IP PTY, LTD., <br><br>    Plaintiff, <br><br>    v. <br><br> SPECIALIZED BICYCLE COMPONENTS, INC., <br><br>    Defendant. | ) Case No. CV-12-3844 JST <br> ) <br> ) <br> ) <br> ) **AMENDED STIPULATION AND** <br> ) **[PROPOSED] ORDER TO AMEND** <br> ) **INFRINGEMENT CONTENTIONS** <br> ) <br> ) Hon. Jon S. Tigar <br> ) |

1    Pursuant to Civil Local Rule 7-1, it is hereby stipulated by and between Plaintiff Icon-IP Pty Ltd. ("Icon") and Defendant Specialized Bicycle Components, Inc. ("Specialized"), by and through their respective counsel of record that Icon should be allowed to amend its Infringement Contentions to include as accused products eight new Model Year 2015 saddles, namely S-Works Phenom, Phenom Comp, Henge Sport, Toupe Sport, Women's Myth Comp, Body Geometry Mountain, Oura Comp, Riva Sport Plus, as set forth in Plaintiff's Third Amended L.P.R. 3.1 Disclosure of Asserted Claims and Infringement Contentions, a copy of which is attached hereto as Exhibit A.

Pursuant to Patent Local Rule 3-6, amendments to Infringement Contentions are to be made upon a showing of good cause. Rule 3-6 lists non-exhaustive examples of circumstances supporting a finding of good cause, including recent discovery of nonpublic information about the accused instrumentality. Here, the parties agree that good cause exists because Icon is amending their contentions to add as accused products new saddles that were recently released by Specialized as Model Year 2015 saddles.

**IT IS SO STIPULATED.**

Dated: September 17, 2014     By:    */s/ Ashley E. LaValley*
                                     Raymond P. Niro
                                     Frederick C. Laney
                                     Ashley E. LaValley
                                     NIRO, HALLER & NIRO
                                     Attorneys for ICON-IP PTY, LTD.


Dated: September 17, 2014     By:    */s/ Benjamin J. Everton*
                                     Darrell L. Olson
                                     Benjamin J. Everton
                                     KNOBBE, MARTENS, OLSON & BEAR, LLP
                                     Attorneys for SPECIALIZED BICYCLE
                                     COMPONENTS, INC.

**[PROPOSED] ORDER**

Having reviewed the Stipulation filed by the parties pursuant to Local Rule 7-1, and finding that good cause exists pursuant to N.D. Cal. Patent L.R. 3-6 to amend the Infringement Contentions of Icon-IP Pty Ltd.,

IT IS HEREBY ORDERED that Icon-IP Pty Ltd. is allowed to amend its Infringement Contentions to add as accused products the eight new Model Year 2015 saddles, as set forth in Plaintiff's Third Amended L.P.R. 3.1 Disclosure of Asserted Claims and Infringement Contentions.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   September 22, 2014           By: _____
                                       The Honorable
                                       UNITED STATES



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i) regarding signatures, I, Ashley E. LaValley, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 17, 2014          By:    */s/ Ashley E. LaValley*
                                          NIRO, HALLER & NIRO
                                          Attorneys for Plaintiff ICON-IP PTY. LTD.