United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ICON-IP PTY LTD.,

              Plaintiff,

      v.

SPECIALIZED BICYCLE COMPONENTS, INC.,

              Defendant.

Case No.  12-cv-03844-JST

**ORDER DENYING REQUEST TO CONTINUE DEADLINES**

Re: ECF No. 124

Before the Court is the parties' Stipulation and [Proposed] Order to Continue Pretrial Deadlines Pursuant to Civil L.R. 6-2.  ECF No. 124.  The stipulated request for an order changing time is DENIED.

**IT IS SO ORDERED.**

Dated: October 24, 2014

_____
JON S. TIGAR
United States District Judge