MARTIN L. FINEMAN (Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

RAYMOND P. NIRO
FREDERICK C. LANEY (*admitted pro hac vice*)
ASHLEY E. LaVALLEY (*admitted pro hac vice*)
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: laney@nshn.com
E-mail: alavalley@nshn.com
**Attorneys for Plaintiff ICON-IP PTY LTD.**

DARRELL L. OLSON (Bar No. 77633)
BENJAMIN J. EVERTON (Bar No. 259214)
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, Suite 1400
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
Email: darrell.olson@knobbe.com
Email: benjamin.everton@knobbe.com

**Attorneys for Defendant SPECIALIZED BICYCLE COMPONENTS, INC.**

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSCISCO DIVISION

| | |
|---|---|
| ICON-IP PTY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SPECIALIZED BICYCLE COMPONENTS, INC., <br><br> Defendant. | Case No. CV-12-3844 JST <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES PURSUANT TO CIVIL L.R. 6-2** <br><br> Hon. Jon S. Tigar |

Pursuant to Civil Local Rule 6-2 and pursuant to this Court's November 5, 2014 Order (Dkt. No. 132), Plaintiff Icon-IP Pty Ltd. ("Icon") and Defendant Specialized Bicycle Components, Inc. ("Specialized"), by and through their respective counsel of record hereby stipulate and request that the Court enter an Order extending certain pretrial deadlines as set forth below. In support of this request, the parties state as follows:

WHEREAS, the parties have agreed to modify the discovery deadlines as follows:

| Event | Current Dates | Proposed Dates |
| --- | --- | --- |
| Close of Fact Discovery | **October 24, 2014** | **November 26, 2014** |
| Designation of Expert Witnesses and Exchange of Initial Expert Reports for which party bears burden | **November 21, 2014** | **December 5, 2014** |
| Designation of Rebuttal Experts and Exchange of Rebuttal Expert Reports | **December 19, 2014** | **January 7, 2015** |
| Close of Expert Discovery | **January 19, 2015** | **January 21, 2015** |
| Deadline to File Dispositive Motions | **January 23, 2015** | Unchanged |
| Pretrial Conference Statement | **April 21, 2015** | Unchanged |
| Pretrial Conference | **May 1, 2015** | Unchanged |
| Trial | **May 26, 2015 at 8:30 a.m.** | Unchanged |

WHEREAS, the parties agree as follows:

Specialized will make Nick Gosseen and Tom Larter available for deposition pursuant to Fed. R. Civ. P. 30(b)(1);

Subject to its objections and responses, Specialized will designate Nick Gosseen, Tom Larter, and Efren Gonzalez on the following deposition topics listed in Icon's Amended Notice of Deposition of Specialized Pursuant to Fed. R. Civ. P. 30(b)(6): Topic Nos. 1-6, 9-22, 23 (as modified per agreement), 24-34, 36-40, 45-46, 51-56, 68, 69, 70, 71, 74, 78, 79, and 81.

Subject to its objections and responses, Specialized will produce Ms. Kim Arca for deposition on topics 41 and 42;

The parties agree that Specialized will not produce a witness on any of the remaining 30(b)(6) topics.

NOW THEREFORE, in consideration of the foregoing, the parties by and through their undersigned counsel, hereby stipulate and request that the Court enter an Order continuing certain deadlines as identified above.

**IT IS SO STIPULATED.**

Dated:　　　　　　　　　　　　　　　By: */s/ Ashley E. LaValley*
　　　　　　　　　　　　　　　　　　　　Raymond P. Niro
　　　　　　　　　　　　　　　　　　　　Frederick C. Laney
　　　　　　　　　　　　　　　　　　　　Ashley E. Lavalley
　　　　　　　　　　　　　　　　　　　　NIRO, HALLER & NIRO
　　　　　　　　　　　　　　　　　　　　Attorneys for ICON-IP PTY, LTD.

Dated:　　　　　　　　　　　　　　　By: */s/ Darrell L. Olson*
　　　　　　　　　　　　　　　　　　　　Darrell L. Olson
　　　　　　　　　　　　　　　　　　　　Benjamin J. Everton
　　　　　　　　　　　　　　　　　　　　KNOBBE, MARTENS, OLSON & BEAR, LLP
　　　　　　　　　　　　　　　　　　　　Attorneys for SPECIALIZED BICYCLE COMPONENTS, INC.

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, the Court continues the fact and expert discovery deadlines as follows:

| Dates | Event |
|---|---|
| **November 26, 2014** | Close of Fact Discovery |
| **December 5, 2014** | Designation of Expert Witnesses and Exchange of Initial Expert Reports for which party bears burden |
| **January 7, 2015** | Designation of Rebuttal Experts and Exchange of Rebuttal Expert Reports |
| **January 21, 2015** | Close of Expert Discovery |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

GRANTED
Judge Jon S. Tigar

Dated: 11/7/2014         By: _____
                                The Honorable Jon S. Tigar
                                UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i) regarding signatures, I, Ashley E. LaValley, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:                                              By:   */s/ Ashley E. LaValley*
                                                    Ashley E. LaValley
                                                    NIRO, HALLER & NIRO
                                                    Attorneys for Icon-IP Pty Ltd.