1  Darrell L. Olson (SBN 77633)
   darrell.olson@kmob.com
2  Benjamin J. Everton (SBN 259214)
   ben.everton@kmob.com
3  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
4  Fourteenth Floor
   Irvine, CA  92614
5  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
6
   Attorneys for Defendant and Counterclaimant
7  SPECIALIZED BICYCLE COMPONENTS, INC.

8

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | ICON-IP PTY, LTD.,                          ) Case No. CV 12-3844 JST
                                                 )
13 |       Plaintiff/Counterdefendant            )
                                                 )
14 |   v.                                        ) [~~PROPOSED~~] **ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO EXCEED OTHERWISE APPLICABLE PAGE LIMITATIONS**
                                                 )
15 | SPECIALIZED BICYCLE                         )
   | COMPONENTS, INC.,                           )
16 |                                             )
   |       Defendant/Counterclaimant             )
17 |                                             )
                                                 )
18 |                                             ) Hon. Jon S. Tigar
                                                 )
19 | AND RELATED COUNTERCLAIMS                   )
                                                 )
20

21

22

23

24

25

26

27

28

                                                    [~~Proposed~~] Order
                                                    Case no.  CV 12-3844 JST

1  Having considered Defendant Specialized Bicycle Components Inc.'s Administrative Motion, and good cause appearing, IT IS HEREBY ORDERED as follows:

The brief or memoranda page limits with respect to Defendant Specialized Bicycle Components Inc.'s contemplated Motion for Summary Judgment will be as follows:

Opening brief or memorandum, not to exceed 35 pages;

Opposition brief or memorandum not to exceed 35 pages; and

Reply brief or memorandum not to exceed 15 pages.

IT IS SO ORDERED.

Dated: January 6, 2015   By: _____
The 
United States District Judge

19577144

- 1 -                                       [Proposed] Order
                                            Case no. CV 12-3844 JST