MARTIN L. FINEMAN, CA State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

RAYMOND P. NIRO
DAVID J. MAHALEK
CHRISTOPHER W. NIRO
ASHLEY E. LaVALLEY
GINA K. KIM
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: mahalek@nshn.com
E-mail: cniro@nshn.com
E-mail: alavalley@nshn.com
E-mail: gkim@nshn.com

*Attorneys for Plaintiff ICON-IP PTY LTD.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICON-IP PTY LTD.<br><br>                          Plaintiff,<br><br>     v.<br><br>SPECIALIZED BICYCLE COMPONENTS, INC.,<br><br>                          Defendant. | Case No:  12-CV-3844<br><br>**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS**<br><br>Honorable Jon S. Tigar<br><br>Magistrate Judge Maria-Elena James |

Plaintiff Icon-IP PTY LTD. ("Icon") and Defendant Specialized Bicycle Components, Inc. ("Specialized") file this Joint Stipulation of Dismissal With Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

1.     On July 23, 2012, Icon filed the above-captioned patent infringement action against Specialized (Doc. 1).

2. On August 14, 2012, Specialized filed its Answer to Plaintiff's Complaint for Patent Infringement and Counterclaims (Doc. No. 10).

3. Icon and Specialized have reached a confidential settlement to resolve this action.

4. Pursuant to the parties' settlement agreement, the parties hereby jointly stipulate and agree to dismiss of all pending claims, defenses, and counterclaims that were or could have been asserted in this action with prejudice, with each party to bear its own costs, attorney fees and expenses.

Respectfully submitted,

| /s/ *David J. Mahalek* | /s/ *Darrell L. Olson* |
|---|---|
| MARTIN L. FINEMAN, CA State Bar No. 10441 | Darrell L. Olson (Bar No. 77633) |
| DAVIS WRIGHT TREMAINE LLP | Benjamin J. Everton (Bar No. 259214) |
| 505 Montgomery Street | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| San Francisco, California 94111-6533 | 2040 Main Street, Suite 1400 |
| Telephone: (415) 276-6500 | Irvine, CA 92614 |
| Facsimile: (415) 276-6599 | Telephone: 949-760-0404 |
| Email: martinfineman@dwt.com | Facsimile: 949-760-9502 |
|  | darrell.olson@knobbe.com |
| RAYMOND P. NIRO | Ben.everton@knobbe.com |
| DAVID J. MAHALEK (*admitted pro hac vice*) |  |
| CHRISTOPHER W. NIRO (*admitted pro hac vice*) |  |
| ASHLEY E. LaVALLEY (*admitted pro hac vice*) | Karen Vogel Weil (Bar No. 145066) |
| GINA K. KIM (*admitted pro hac vice*) | Mark D. Kachner (Bar No. 234192) |
| NIRO, HALLER & NIRO | Knobbe, Martens, Olson & Bear, LLP |
| 181 W. Madison, Suite 4600 | 10100 Santa Monica Boulevard, Suite 1600 |
| Chicago, Illinois 60602 | Los Angeles, CA 90067 |
| Phone: (312) 236-0733 | Telephone: (310) 551-3450 |
| Fax: (312) 236-3137 | Email: karen.weil@knobbe.com |
| E-mail: rniro@nshn.com | Email: mark.kachner@knobbe.com |
| E-mail: mahalek@nshn.com |  |
| E-mail: cniro@nshn.com | Boris Zelkind (Bar No. 214014) |
| E-mail: alavalley@nshn.com | Knobbe, Martens, Olson & Bear, LLP |
| E-mail: gkim@nshn.com | 12790 El Camino Real |
|  | San Diego, CA 92130 |
|  | Telephone: (858) 707-4000 |
| ***Attorneys for Plaintiff ICON-IP PTY LTD.*** | Email: boris.zelikind@knobbe.com |
|  | ***Attorneys for Defendant SPECIALIZED BICYCLE COMPONENTS, INC.*** |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2015 the foregoing **JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS** was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Darrell L. Olson (Bar No. 77633)
Benjamin J. Everton (Bar No. 259214)
Joseph F. Jennings
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Suite 1400
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502
darrell.olson@knobbe.com
Ben.everton@knobbe.com
Joe.jennings@knobbe.com

Karen Vogel Weil (Bar No. 145066)
Mark D. Kachner (Bar No. 234192)
Knobbe, Martens, Olson & Bear, LLP
10100 Santa Monica Boulevard, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Email: karen.weil@knobbe.com
Email: mark.kachner@knobbe.com

Boris Zelkind (Bar No. 214014)
Knobbe, Martens, Olson & Bear, LLP
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000
Email: boris.zelikind@knobbe.com

Kyu Min (Bar No. 286399)
Knobbe, Martens, Olson & Bear, LLP
333 Bush Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 954-4114
Email: kyu.min@knobbe.com

Attorneys for Defendant/Counterclaimant
SPECIALIZED BICYCLE COMPONENTS, INC.

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ David J. Mahalek
Attorneys for Plaintiff ICON-IP PTY LTD.