# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICON-IP PTY LTD., <br>     Plaintiff, <br>   v. <br> SPECIALIZED BICYCLE COMPONENTS, INC., <br>     Defendant. | Case No. 12-cv-03844-JST <br><br> **MINUTE ORDER NOTING DISMISSAL** <br><br> Re: ECF No. 274 |

The parties have filed a stipulation of dismissal dated May 6, 2015, stating that they have agreed to a settlement of this action. ECF No. 274. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: May 6, 2015

                                                              JON S. TIGAR <br>
                                            United States District Judge